**EXHIBIT A**

717842
(P)

ROBERT J. CARDONSKY, ESQ.
FORMAN & CARDONSKY, ESQS.
701 Westfield Avenue
Elizabeth, New Jersey 07208
(908) 353-6500
*Attorney for Plaintiff(s), Michael W. Bishop*

**RECEIVED / FILED**
Superior Court of New Jersey

**JUN 0 7 2011**

CIVIL CASE MANAGEMENT
UNION COUNTY

| | |
|---|---|
| **MICHAEL W. BISHOP,**<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>**LEONIDES PUERTAS, individually and/or as agent, servant and/or employee of SOUTH GOLD CORP., and SOUTH GOLD CORP., individually,**<br><br>　　　　　　　　Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION : UNION COUNTY<br><br>DOCKET NO.: UNN-L-2208-11<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND;<br>DESIGNATION OF TRIAL ATTORNEY;<br>DEMAND FOR ANSWERS TO<br>INTERROGATORIES** |

Plaintiff, **Michael Bishop**, residing at 1181 Main Street, Apt. 1G, in the City of Rahway, County of Union and State of New Jersey, by way of Complaint against the Defendants herein says:

### COUNT I

1)　　On or about May 9, 2010, the Plaintiff, **Michael W. Bishop**, was the owner and operator of a motor vehicle traveling Northbound on the NJ Turnpike, in the vicinity of milepost marker 102.3, in the State of New Jersey.

2)　　At the aforementioned time and place, the Defendant, **Leonides Puertas**, was the operator either individually and/or as agent, servant and/or employee of a motor vehicle owned by the Defendant, **South Gold Corp.**, also traveling Northbound on the NJ Turnpike, in the vicinity of milepost marker 102.3, in the State of New Jersey.

3)　　As a direct and proximate result of the negligent manner in which the Defendant, **Leonides Puertas**, operated the vehicle, either individually and/or as agent, servant and/or employee of the Defendant, **South Gold Corp.**, a collision was caused to occur with Plaintiff's vehicle, causing Plaintiff, **Michael W. Bishop**, to suffer serious personal injuries.

4)　　As a direct and proximate result of the aforesaid, Plaintiff, **Michael W. Bishop**, was caused to suffer serious injuries in and about his head, limbs and body; he was caused to incur pain and suffering and will in the future be caused to incur pain and suffering; he was caused to incur medical expenses and will in the

future be caused be caused to incur medical expenses; he was caused to lose time from his usual pursuits and occupations and will in the future be caused to lose time from his usual pursuits and occupations; he was caused to incur permanent injuries.

**WHEREFORE**, Plaintiff, **Michael W. Bishop**, demands judgment against the Defendants herein, together with interest and costs of suit.

### JURY DEMAND

**PLEASE TAKE NOTICE** that the Plaintiff hereby demands a Trial by Jury as to all issues.

### DESIGNATION OF TRIAL COUNSEL

**PURSUANT** to Rule 4:25-4, Robert J. Cardonsky, Esq., is hereby designated as trial counsel of the within matter.

FORMAN & CARDONSKY, ESQS.

By: _____
ROBERT J. CARDONSKY, ESQ.

Dated: May 31, 2011.

### DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

**PLEASE TAKEN NOTICE** that pursuant to Rule 4:17-1(b)(ii)(2), Plaintiff hereby demands answers to Uniform Interrogatories Form C and Form C(1) within sixty (60) days of the filing of Defendant's Answer to this Complaint.

FORMAN & CARDONSKY, ESQS.

By: _____
ROBERT J. CARDONSKY, ESQ.

DATED: May 31, 2011.

### C E R T I F I C A T I O N

Pursuant to the requirements of Rule 4:5-1, I the undersigned, do hereby certify to the best of my knowledge, information and belief, that except as hereinafter indicated, the subject matter of the controversy referred to in the within pleading is not the subject of any other Causes of Action, pending in any other Court, or of a pending Arbitration Proceeding, nor is any other Cause of Action or Arbitration Proceeding contemplated;

1. <u>OTHER ACTIONS PENDING?</u>     Yes ___     NO <u>X</u>

   A. If YES – Parties to other Pending Actions.

   B. In my opinion, the following parties should be joined in the within pending Cause of Action.

2. <u>OTHER ACTIONS CONTEMPLATED?</u>     YES ___     NO <u>X</u>

   A. If YES – Parties contemplated to be joined, in other Causes of Action.

3. <u>ARBITRATION PROCEEDINGS PENDING?</u>     YES ___     NO <u>X</u>

   A. If YES – Parties to Arbitration Proceedings.

   B. In my opinion, the following parties should be joined in the pending Arbitration Proceedings.

4. <u>OTHER ARBITRATION PROCEEDINGS CONTEMPLATED?</u>     YES ___ NO <u>X</u>

   A. If YES – Parties contemplated to be joined to Arbitration Proceedings.

In the event that during the pendency of the within Cause of Action, I shall become aware of any changes as to any facts stated herein, I shall file an amended certification and serve a copy thereof on all other parties (or their attorneys) who have appeared in said Cause of Action.

FORMAN & CARDONSKY, ESQS.

By: _____
ROBERT J. CARDONSKY, ESQ.

DATED: May 31, 2011.

Appendix XII-B1



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | FOR USE BY CLERK'S OFFICE ONLY PAYMENT TYPE: ☐CK ☐CG ☐CA CHG/CK NO. AMOUNT: OVERPAYMENT: BATCH NUMBER: |
|---|---|

| ATTORNEY / PRO SE NAME ROBERT J. CARDONSKY, ESQ. | TELEPHONE NUMBER (908) 353-6500 | COUNTY OF VENUE Union |
|---|---|---|
| FIRM NAME (if applicable) Forman & Cardonsky, Esqs. | | DOCKET NUMBER (when available) UNN-L-2208-11 |
| OFFICE ADDRESS 701 Westfield Avenue Elizabeth, NJ 07208 | | DOCUMENT TYPE Complaint and Jury Demand |
| | | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) Michael W. Bishop, Plaintiff | CAPTION Bishop v. Puertas, et al. |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing) 603N | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ YES ■ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (If known) ☐ NONE ■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ No |
|---|
| USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION |

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 01/03/2011, CN 10517-English                                                                 page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Centrally Managed Litigation (Track IV)
- 280 ZELNORM
- 285 STRYKER TRIDENT HIP IMPLANTS
- 288 PRUDENTIAL TORT LITIGATION
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD

### Mass Tort (Track IV)
- 248 CIBA GEIGY
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 275 ORTHO EVRA
- 277 MAHWAH TOXIC DUMP SITE
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 283 DIGITEK
- 284 NUVARING
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 601 ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

```
UNION COUNTY SUPERIOR COURT
2 BROAD STREET
ELIZABETH         NJ 07207
```

TRACK ASSIGNMENT NOTICE

```
COURT TELEPHONE NO. (908) 659-4817
COURT HOURS
```

```
                    DATE:    JUNE 08, 2011
                    RE:      BISHOP VS PUERTAS ET AL
                    DOCKET:  UNN L -002208 11
```

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON KENNETH J. GRISPIN

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    002    AT: (908) 659-4823.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN WITH  R.4:5A-2.

                        ATTENTION:

```
                        ATT: ROBERT J. CARDONSKY
                        FORMAN & CARDONSKY
                        701 WESTFIELD AVE
                        ELIZABETH        NJ 07208-1327
```

JUVSODR


RECEIVED JUN 0 9 2011